# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

In re Commitment of Jimmie Lee Clark, III.

JIMMIE LEE CLARK, III,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2163

———————————————

December 5, 2025

Appeal from the Circuit Court for Sarasota County; Diane Moreland, Judge.

Blair Allen, Public Defender, and Maura J. Kiefer, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Cerese Crawford Taylor, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

LUCAS, C.J., and KELLY and KHOUZAM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.